

ORIGINAL

FILED

06/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0201

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0201

STEPHANIE ZITO, Personal Representative
of the ESTATE OF CHARLES EUGENE FISCH,

     Appellant,

v.

EILEEN GEEHAN,

     Appellee.

FILED

JUN 2 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On June 9, 2022, Appellee Eileen Geehan moved to dismiss this appeal on various grounds. On June 22, 2022, Appellant Stephanie Zito, Personal Representative of the State of Charles Eugene Fisch, responded that she did not object to dismissal. Both parties further request their attorney fees.

The parties agree this appeal should be dismissed. The Court has determined that no attorney fees are warranted in this instance.

IT IS THEREFORE ORDERED that the motion to dismiss this appeal is GRANTED.

IT IS FURTHER ORDERED that the parties' requests for attorney fees are DENIED.

IT IS FURTHER ORDRED that this appeal is DISMISSED with prejudice.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 28 day of June, 2022.

_____

_____

_____
Justices

2